AO91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>ROCIO GUIDO GARCIA | Case No.<br>EP14M 2071 ATB |

**FILED MAY 16 2014 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of **May 15, 2014** in the county of **El Paso** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1028(a)(4) | knowingly did possess an identification document not lawfully issued to her; namely, a genuine Form DSP-150 B1/B2 Non-immigrant Visa, with the intent said document be used to defraud the United States. |

This criminal complaint is based on these facts

☒ Continued on the Attached sheet.

_____
*Complainant's signature*

Michel Alvarez
*CBP Enforcement Officer*

Sworn to before me and signed in my presence.

Date: **May 16, 2014**

City and state: **El Paso, Texas**

_____
*Judge's signature*

Anne T. Berton
*United States Magistrate Judge*

| STATUTE VIOLATED | PLACE OF VIOLATION | DATE |
|---|---|---|
| 18 U.S.C. 1028(a)(4) | Ysleta Port-of-Entry<br>El Paso, Texas | May 15, 2014 |

## VIOLATION

The DEFENDANT, ROCIO GUIDO GARCIA, knowingly did possess an identification document not lawfully issued to her; namely, a genuine Form DSP-150 B1/B2 Non-immigrant Visa, with the intent said document be used to defraud the United States.

## DEFENDANT

The DEFENDANT is a 49-year-old native and citizen of MEXICO

## DETENTION STATUS

The DEFENDANT was transported to the El Paso County Detention Facility, El Paso, Texas, pending initial hearing before a United States Magistrate Judge.

## FACTS

That on or about May 15, 2014, the DEFENDANT, ROCIO GUIDO GARCIA, a native and citizen of Mexico, attempted to enter into the United States at the Ysleta Port of Entry, El Paso, Texas, via pedestrian primary, by presenting to primary U.S. Customs and Border Protection (CBP) Officer Hector M. Holguin a genuine DSP-150 Laser Visa, bearing the name and photograph of another and representing herself to be that person. Officer Holguin noticed facial discrepancies between the DEFENDANT and the picture on the document presented. Officer Holguin asked the DEFENDANT if the document she presented belonged to her and the DEFENDANT claimed ownership of the document. Officer Holguin conducted a biometrics query resulting in a mismatch. Officer Holguin did not admit the DEFENDANT but rather escorted her into Passport Control Secondary (PCS) for further inspection. In PCS, the DEFENDANT admitted that she is a citizen and national of Mexico not in possession of any legal document with which to enter the United States. Officer Heriberto Fuentes served the DEFENDANT with Form I-214, Warning of Rights (Spanish Version), which she read, said she understood and signed voluntarily requesting legal counsel. All questioning ceased.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

CRIMINAL RECORD

| DATE | LOCATION | CHARGE | DISPOSITION |
|---|---|---|---|
| | | None Established | |

IMMIGRATION RECORD

| DATE | LOCATION | REASON | DISPOSITION |
|---|---|---|---|
| | | None Established | |

## EXHIBITS

Exhibit "A" - Form I-214, Warning of Rights, dated and signed by the DEFENDANT on 5/15/2014.
Exhibit "B" - Form I-213, Record of Deportable/Inadmissible Alien, dated on 5/15/2014.
Exhibit "C" - Form DSP-150 B1/B2 Non-immigrant Visa, presented by DEFENDANT on 5/15/2014.