(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Misdemeanor Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
May 28 2014
Clerk, U.S. District Court
Western District of Texas

By: ___*CR*___
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) ROCIO GUIDO GARCIA**

Defendant.

§
§ CASE NUMBER: **EP:14-M -02071(1) ATB**
§ USM Number:
§
§
§

## JUDGMENT IN A CRIMINAL CASE
### (For A Misdemeanor Offense) - Short Form

The defendant, Rocio Guido Garcia, was represented by counsel, Jose E. Troche.

The defendant pled guilty to the complaint on May 28, 2014. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 18:1028(a)(4) & (b)(6) | Fraud in connection with identification documents | 5/15/2014 |

As pronounced on May 28, 2014, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 28th day of May, 2014.

ANNE T. BERTON
U.S. MAGISTRATE JUDGE